UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE No: 5:09-CR-296-1D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER ON |
| vs. | ) | MOTION TO SEAL |
| | ) | |
| MARK DAVIS PRIDGEN, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that Defendant's Second Motion to Extend Time to Self-Report be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Motion to Extend Time to Self-Report.

This 16 day of September, 2011.

_____
DISTRICT COURT JUDGE